**DONALD A. DiGIOIA**
**LAW GROUP, P.A.**
**1299 Route 22 E.**
**Mountainside, NJ 07092**
**(908) 789-9000**
(908) 789-9010 Fax
Mike.t.simon@gmail.com

July 28, 2025

<u>Via ECF</u>
Honorable Susan D. Wigenton, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, MLK 5C
Newark, New Jersey 07102

  Re: United States v. Wilson Diego Jaramillo Marin
     Crim. No. 21-cr-00518 (SDW)

Dear Judge Neals:

  As the Court is aware, I represent defendant Wilson Diego Jaramillo Marin in the above matter. This matter is currently scheduled for sentencing on August 14, 2025 at 12:00 p.m.

  At this time, I am requesting an adjournment of the Sentencing for a period of 30 days. The reason for the request is to allow the parties additional time to meet and discuss a remaining issue involving the perceived role my client played in the conspiracy in this matter. Our discussion of this issue will likely affect the sentence my client will receive. We would like the opportunity to address this issue so that it is properly noted in the Final Presentence Report. I will note that the codefendant in this matter has his sentence adjourned until December 3, 2025.

  I have the consent of ASUA Sam Thypin-Bermeo and U.S. Probation Officer Kimberly Marin to request an adjournment.

  Thank you for your consideration into this matter.

                 Respectfully submitted,

                 /s/ *Michael T. Simon*

                 Michael T. Simon

cc: AUSA Sam Thypin-Bermeo (via PACER)
  U.S. Probation Officer Kimberly Marin (via PACER)